UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Kaila V Sails

Debtor

Case No. 12−32090  
Chapter 13

## ORDER OF DISMISSAL

A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017−1 or LBR 1006−1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

**ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 31st day of May, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.  
United States Bankruptcy Judge

NOTICE:  
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.