# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re  
Kaila V Sails

    Debtor

Case No. 12–32090  
Chapter 13

## ORDER OF DISMISSAL

    A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

    **ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 31st day of May, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.  
United States Bankruptcy Judge

NOTICE:  
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

In re:                                                                  Case No. 12-32090-DHW
Kaila V Sails                                                           Chapter 13
     Debtor            **CERTIFICATE OF NOTICE**

District/off: 1127-2           User: ypelham              Page 1 of 2            Date Rcvd: May 31, 2016
                          Form ID: odsmneg            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2016.
```
db             #+Kaila V Sails,    3123 Watchman Circle,    Verbena, AL 36091-2815
2661012         ADVANCE AMERICA,    HWY 31,    Clanton, AL 35045
2661016        +ALABAMA ER ADMIN,    PO BOX 11047,    Birmingham, AL 35202-1047
2661017        +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
2661019        +ARRONRNTS,    2800 CANTON RD SUITE 900,    MARIETTA, GA 30066-5477
2661018        +Alltel - All Correspondence,    Bldg 4, Fifth Floor,    One Allied Drive,
                 Little Rock, AR 72202-2065
2753629        +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
2661024        +CHILTON MEDICAL CENTER,    1010 LAY DAM RD,    P O Box 2220,    Clanton, AL 35046-2220
2661027        +COMMONWEALTH FINANCIAL,    237 N MAIN STREET,    DICKSON CITY, PA 18519-1651
2661021        +Cato Corporation,    ATTENTION: BANKRUPTCY,    8100 DENMARK RD,    CHARLOTTE, NC 28273-5979
2661026        +Cmre Financial Services Inc,    3075 E IMPERIAL HWY,    SUITE 200,    BREA, CA 92821-6753
2686896        +Covington Credit,    307 7th Street,    Clanton, AL 35045-2825
2661009         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2661011         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2661030        +FRIEDMAN'S JEWELERS,    P.O. BOX 182661,    COLUMBUS, OH 43218-2661
2661032        +Friedmans Jewelers/Monterey Financial,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 4095 AVENIDA DE LA PLATA,    OCEAN SIDE, CA 92056-5802
2661033        +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
2661036        +MERCHANTS AD,    P O BOX 7511,    MOBILE, AL 36670-0511
2661040        +MONTEREY FINANCIAL SVC,    4095 AVENIDA DE LA PLATA,    OCEANSIDE, CA 92056-5802
2661041        +MONTGOMERY RADIOLOGY,    2055 NORMANDIE DR., STE. 108,    MONTGOMERY, AL 36111-2730
2661038        +Monterey Col,    4095 AVENIDA DE LA PLATA,    OCEANSIDE, CA 92056-5802
2661039        +Monterey Financial Svc,    PO BOX 5199,    OCEANSIDE, CA 92052-5199
2686917        +Murphy USA,    1411 7th Street,    Clanton, AL 35045-3746
2661042        +NORTH AMERCN,    2810 WALKER RD,    CHATTANOOGA, TN 37421-1082
2672512        +PLS Financial bankruptcy Department,    800 Jorie Blvd 2nd Floor,    Oak Brook, IL 60523-2296
2661010         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2661013        +Fax: 864-336-7400 May 31 2016 21:45:15      ADVANCE AMERICA,    1465 7TH ST S,
                 Clanton, AL 35045-3746
2661015        +EDI: AFNIRECOVERY.COM May 31 2016 20:58:00      AFNI, Inc.,    ATTN: BANKRUPTCY,    PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
2661014        +EDI: AFNIRECOVERY.COM May 31 2016 20:58:00      Afni,    ATTENTION: BANKRUPTCY,
                 1310 MARTIN LUTHER KING DR,    BLOOMINGTON, IL 61701-1465
2726055        +EDI: AFNIRECOVERY.COM May 31 2016 20:58:00      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
2663662         EDI: AIS.COM May 31 2016 20:58:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
2661046         EDI: AISTMBL.COM May 31 2016 20:58:00      T-MOBILE,    BANKRUPTCY TEAM,    PO BOX 53410,
                 Bellevue, WA 98015
2661022        +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM May 31 2016 21:20:20      CHARTER COMMUNICATIONS,
                 5990 MONTICELLO DR,    Montgomery, AL 36117-6210
2661023         E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM May 31 2016 21:20:20      CHARTER COMMUNICATIONS,
                 PO BOX 9001870,    Louisville, KY 40290-1870
2686915        +E-mail/Text: bk@creditcentralllc.com May 31 2016 21:16:03      Credit Central,
                 1109 7th Street, South,    Clanton, AL 35045-3721
2674000        +E-mail/Text: bk@creditcentralllc.com May 31 2016 21:16:03      Credit Central,
                 700 E North Street,    Suite 15,    Greenville, SC 29601-3013
2661028         EDI: RMSC.COM May 31 2016 20:58:00      DIRECT TV,    P.O. BOX 17810,    JACKSONVILLE, FL 32245
2661029         E-mail/Text: corporatecredit@farmersfurniture.com May 31 2016 21:15:28      FARMERS FURNITURE,
                 ATTENTION: BANKRUPTCY,    1851 TELLFAIR ST.,    DUBLIN, GA 31021
2665381         E-mail/Text: corporatecredit@farmersfurniture.com May 31 2016 21:15:28      Farmers Furniture,
                 ATTN:Corporate Credit Dept,    P.O. Box 1140,    Dublin, GA 31040
2661031        +E-mail/Text: bncnotice@oakpointpartners.com May 31 2016 21:15:31      FRIEDMAN'S JEWELERS,
                 4550 EXCEL PKWY,    STE. 100,    Addison, TX 75001-9625
2661034         E-mail/Text: BankruptcyNotices@hughes.com May 31 2016 21:14:49      HUGHES NETWORK SYSTEMS,
                 PO BOX 96874,    Chicago, IL 60693-6874
2661037        +EDI: MID8.COM May 31 2016 20:58:00      MIDLAND FUNDING,    8875 AERO DR STE 200,
                 SAN DIEGO, CA 92123-2255
2661043        +E-mail/Text: OMbknotifications@Onemainfinancial.com May 31 2016 21:16:26      ONE MAIN FINANCIAL,
                 300 ST PAUL PLACE,    Baltimore, MD 21202-2120
2661044        +EDI: CBSPLS.COM May 31 2016 20:58:00      Pay Day Loan Store,    1400 Woodfin,
                 Clanton, AL 35045-8746
2661045         EDI: WFNNB.COM May 31 2016 20:58:00      SPRINT,    4400 Ashford Dunwood Road,
                 Atlanta, GA 30346-1518
2661047        +EDI: WABK.COM May 31 2016 20:58:00      WORLD ACCEPTANCE CORP,    220 TOWN MART,
                 CLANTON, AL 35045-3784
2661047        +E-mail/PDF: bk@worldacceptance.com May 31 2016 21:20:02      WORLD ACCEPTANCE CORP,
                 220 TOWN MART,    CLANTON, AL 35045-3784
2671032        +EDI: WABK.COM May 31 2016 20:58:00      World Finance Corporation,    1447 7Th Street South,
                 Clanton, AL 35045-3746
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
2671032        +E-mail/PDF: bk@worldacceptance.com May 31 2016 21:19:39      World Finance Corporation,
                  1447 7Th Street South,    Clanton, AL 35045-3746
                                                                                       TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2661020       ##+CARRIE SAILS,    3123 WATCHMAN CIRCLE,    Verbena, AL 36091-2815
2661025       ##+CHILTON VAUGHN MEDICAL CENTER,    1010 LAY DARR ROAD,    CLANTON, AL 35045-2372
2661035       ##+LABORATORY ACUISITION CORP,    2055 NORMANDIE DRIVE,    # 208,   Montgomery, AL 36111-2732
                                                                          TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2016　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2016 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Richard D. Shinbaum    on behalf of Debtor Kaila V Sails rshinbaum@smclegal.com,
                smclegalecf@gmail.com
                                                                                        TOTAL: 3
```